# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 98 MAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| CORDERO Z. URRITIA, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.